## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMOD KHALIL ROHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 07-2328 |
| | : | |
| HARRY WILSON, et al. | : | |
| Defendant. | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 18th day of October, 2007, upon careful consideration of the

Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter

and the Objections filed thereto, it is hereby **ORDERED** that**:**

　　1.  The Report and Recommendation is APPROVED and ADOPTED;

　　2. The petition for a writ of habeas corpus is DISMISSED;

　　3.  Petitioner's "Allowance to Amend" (Document #10) is DENIED;

　　4. Petitioner's "First Request for Production of Documents" (Document #12) is

　　 DENIED; and

　　5. A certificate of appealability is NOT granted.


The Clerk of Court shall mark this case **CLOSED** for statistical purposes.


　　　　　　　　　　BY THE COURT:


　　　　　　　　　　/s/ Lawrence F. Stengel
　　　　　　　　　　LAWRENCE F. STENGEL, J.